IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OLAMIDE OLATAYO BELLO, #65100510 | § § § | |
| VS. | § § | CIVIL CASE NO. 4:24-CV-482-SDJ-BD |
| UNITED STATES OF AMERICA, ET AL. | § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #32), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 14, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that the case be dismissed without prejudice for failure to prosecute based on Plaintiff's failure to comply with a Court order.

Plaintiff filed timely objections, (Dkt. #33), to the Report. In the objections, Plaintiff does not dispute the Magistrate Judge's finding that he failed to comply with the Court's order to submit a certified *in forma pauperis* data sheet. Plaintiff's failure to comply with the Court's order evinces his failure to prosecute his case.

The Court has conducted a de novo review of Plaintiff's objections, (Dkt. #33). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that the case is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

1

**So ORDERED and SIGNED this 22nd day of June, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE